UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-179-JSS-LHP
    18 U.S.C. § 554(a)

YESSEN VASQUEZ TOLENTINO

## INFORMATION

The Grand Jury charges:

### COUNT ONE

On or about October 3, 2023, in the Middle District of Florida, the defendant,

YESSEN VASQUEZ TOLENTINO,

did fraudulently and knowingly attempt to export and send a firearm, firearm part, and ammunition from the United States to the Dominican Republic, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such firearm, firearm part, and ammunition, prior to exportation, knowing the firearm, firearm part, and ammunition to be intended for exportation contrary to any law and regulation of the United States.

In violation of 18 U.S.C. § 554(a).

### FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 554(a), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. The property to be forfeited includes, but is not limited to, the following: (1) a Glock 26 9mm pistol (Serial Number: CAKV322), (2) a Taurus G3C 9mm pistol (Serial Number: AEB064467), (3) a Glock 45 9mm pistol (Serial Number: BYHV700), (4) a Glock 19 Gen 5 9mm pistol (Serial Number: CABH285), (5) a Springfield Armory Echelon 9mm pistol (Serial Number: BE241685), (6) a Taurus PT111 G2A 9mm pistol (Serial Number: ADE399836), (7) a Glock 19 9mm pistol (Serial Number: AFYF279), (8) a Glock 26 Gen 5 9mm pistol (Serial Number: AHBE833), (9) a Glock 19 Gen 5 9mm pistol (Serial Number: BTDH302), (10) a Taurus G2S 9mm pistol (Serial Number: TMU95472), (11) a Ruger LCP Max .380 pistol (Serial Number: 381449143), (12) a Taurus G3C 9mm pistol (Serial Number: AEC208492), (13) a Taurus PT111 G2A 9mm pistol (Serial Number: TMS58104), (14) a Ruger LCP Max .380 pistol (Serial Number: 381449142), (15) a Sig Sauer P365 X 9mm pistol (Serial Number: 66F741051), (16) a Ruger Security-9 9mm pistol (Serial Number: 383-96076), (17) a Glock 19 Gen 4 9mm pistol (Serial Number: ADHP527), (18) ten AR type upper receivers, (19) four M-4 magazines, (20) eleven Glock magazines, (21) five metal magazines, (22) three silver metal magazines, (23) 20 rounds of Hornady .380 caliber ammunition, (24) 120 rounds of Nosler 300 Blackout ammunition, and (25) 2 rounds of Hornady 9mm ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
Diane S. Hu
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

3